IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMART BILLIARD LIGHTING LLC,<br><br>    Plaintiff,<br>v.<br><br>LUCID BALLSPORTS, INC.,<br><br>    Defendant. | Civil Action No. 2:23-cv-02457-JMA-JMW<br><br>**MOTION TO WITHDRAW<br>NICOLE L. LITTLE AS COUNSEL** |

TO THE CLERK OF COURT:

Pursuant to Local Rule 1.4, Plaintiff Smart Billiard Lighting LLC ("Plaintiff") respectfully moves to withdraw Nicole L. Little as one of the attorneys for Plaintiff in the above-captioned action. Ms. Little has departed the law firm of Fitch, Even, Tabin & Flannery LLP ("Fitch Even"), counsel for Plaintiff in this action, and should be removed from the service list. Mary F. Fetsco of Fitch Even and Thomas M. Kenny with the law firm of Spiro Harrison & Nelson will continue to represent Plaintiff in this matter, and no party will be prejudiced if this Motion is granted. Plaintiff consents to the withdrawal of Ms. Little.

A copy of this Motion is being served upon all parties in this action.

WHEREFORE, undersigned counsel respectfully requests that this Court permit Nicole L. Little to withdraw as counsel for Plaintiff in this action.

Dated:  June 15, 2023

                                                                                                                      Respectfully submitted,

                                                                                                                      /s/ Mary F. Fetsco
                                                                                                                      Mary F. Fetsco (IL 6315338)
                                                                                                                      mfetsco@fitcheven.com
                                                                                                                      FITCH, EVEN, TABIN & FLANNERY LLP
                                                                                                                      120 South LaSalle Street, Suite 2100
                                                                                                                      Chicago, Illinois 60603

Telephone: (312) 577-7000
Facsimile: (312) 577-7007

Thomas M. Kenny
tkenny@shnlegal.com
SPIRO HARRISON & NELSON
363 Bloomfield Avenue, Suite 2C
Montclair, New Jersey 07042
Telephone: (973) 232-0890
*Attorneys for Plaintiff*
*Smart Billiard Lighting LLC*

**<u>Certificate of Service</u>**

I hereby certify that on June 15, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

In addition, pursuant to Local Civil Rule 55.2(c), a copy of the foregoing document is simultaneously being mailed to Defendant's last known business address, as recorded in the New York Department of State Division of Corporations, at:

Lucid BallSports, Inc.<br>
3 Richmond Avenue<br>
Jericho, New York 11753

/s/ Mary F. Fetsco
*Attorney for Plaintiff*